UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Criminal No. 10-cr-127-01-JL

<u>Gilberto Brown</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted in part.  The continuance is limited to 60 days.  No further continuances without a hearing; Final Pretrial is rescheduled to January 20, 2011 at 3:30pm; Trial is continued to the two-week period beginning February 1, 2011, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED

_____
Joseph N. Laplante
United States District Judge

Date:  November 9, 2010

cc:  Adam Bernstein, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation