UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 10-cr-127-01-JL

<u>Gilberto Brown</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 15 ) filed by defendant is granted; Final Pretrial is rescheduled to March 24, 2011 at 12:00pm; Trial is continued to the two-week period beginning April 5, 2011, 09:30.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              _____
              Joseph N. Laplante
              United States District Judge

Date:  January 25, 2011

cc: Adam Harris Bernstein, Esq.
  Terry L. Ollila, AUSA
  U.S. Marshal
  U.S. Probation